UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MARK DANA BORCHARDT,<br><br>    Plaintiff,<br><br>    v.<br><br>ABC LEGAL SERVICES, INC., et al.,<br><br>    Defendants. | Case No.  15-cv-02165-BLF<br><br>**ORDER SETTING HEARING AND BRIEFING SCHEDULE ON DEFENDANT'S MOTION TO DISMISS**<br><br>[Re: ECF 16] |

The Motion to Dismiss filed by *pro se* defendant Jennifer Celaya Armendariz is hereby set for hearing before the Honorable Beth Labson Freeman on **September 17, 2015 at 9:00 a.m. in Courtroom 3, 5th Floor, San Jose**.

In light of Defendant's *pro se* status, the briefing schedule on Defendant's motion is modified as follows:

    Responses due by: July 23, 2015

    Replies due by: August 3, 2015

    All parties are reminded that *pro se* parties must be served by mail.  Civ. L.R. 5-1(b).

**IT IS SO ORDERED.**

Dated: July 8, 2015

_____
BETH LABSON FREEMAN
United States District Judge